# EXHIBIT A

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT
D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III
CASE NO: 1:19-CV-08454
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| Bank of Shorewood | 12/19/10 | | 1107 | Courtright, William | $   6,000.00 |
| Bank of Shorewood | 01/11/11 | | 1109 | Courtright, William | 700.00 |
| Bank of Shorewood | 02/01/11 | | 1110 | Courtright, William | 700.00 |
| Bank of Shorewood | 02/16/11 | | 1185 | Courtright, William | 2,750.00 |
| Bank of Shorewood | 03/01/11 | | 1111 | Courtright, William | 700.00 |
| Bank of Shorewood | 04/01/11 | | 1275 | Courtright, William | 700.00 |
| Bank of Shorewood | 05/01/11 | | 1276 | Courtright, William | 700.00 |
| Bank of Shorewood | 06/01/11 | | 1277 | Courtright, William | 700.00 |
| Bank of Shorewood | 06/30/11 | | 1374 | Courtright, William | 1,400.00 |
| Bank of Shorewood | 07/01/11 | | 1310 | Courtright, William | 750.00 |
| Bank of Shorewood | 08/01/11 | | 1371 | Courtright, William | 750.00 |
| Bank of Shorewood | 09/01/11 | | 1372 | Courtright, William | 750.00 |
| Bank of Shorewood | 10/01/11 | | 1353 | Courtright, William | 750.00 |
| Bank of Shorewood | 11/01/11 | | 1354 | Courtright, William | 750.00 |
| Bank of Shorewood | 12/01/11 | | 1355 | Courtright, William | 750.00 |
| HB 5912 | 01/04/12 | | 1412 | Courtright, William | 750.00 |
| HB 5912 | 02/07/12 | | 1413 | Courtright, William | 750.00 |
| HB 5912 | 03/02/12 | | 1415 | Courtright, William | 750.00 |
| HB 5912 | 07/18/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 07/25/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 08/02/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 08/09/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 08/17/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 08/23/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 08/30/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 09/06/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 09/13/12 | | Auto | Courtright, William | 750.00 |
| HB 5912 | 09/27/12 | | ach | Courtright, William | 750.00 |
| HB 5912 | 10/30/12 | | ach | Courtright, William | 750.00 |
| HB 5912 | 11/13/12 | | 1492 | Courtright, William | 750.00 |
| HB 5912 | 11/17/12 | | ACH | Courtright, William | 750.00 |
| HB 5912 | 11/26/12 | | ach | Courtright, William | 750.00 |
| HB 5912 | 11/26/12 | | ach | Courtright, William | 2,250.00 |
| HB 5912 | 12/05/12 | | ach | Courtright, William | 750.00 |
| HB 5912 | 12/12/12 | | ACH | Courtright, William | 750.00 |
| HB 5912 | 12/21/12 | | ach | Courtright, William | 750.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Transfers to Bill Courtright**

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 12/26/12 | | ach | Courtright, William | 750.00 |
| HB 5912 | 12/31/12 | | ach | Courtright, William | 750.00 |
| HB 5912 | 01/10/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 01/17/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 01/24/13 | | 1803 | Courtright, William | 750.00 |
| HB 5912 | 01/28/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 01/31/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 02/07/13 | | ACH | Courtright, William | 750.00 |
| HB 5912 | 02/15/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 02/21/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 02/28/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 03/07/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 03/14/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 03/21/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 03/29/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 04/05/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 04/11/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 04/17/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 05/02/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 05/09/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 05/16/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 05/23/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 05/31/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 06/06/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 06/13/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 06/20/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 06/27/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 07/03/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 07/11/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 07/18/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 07/25/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 08/01/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 08/08/13 | | ach | Courtright, William | 750.00 |
| HB 5912 | 08/15/13 | | ach | Courtright, William | 1,000.00 |
| HB 5912 | 08/22/13 | | ach | Courtright, William | 3,037.00 |
| HB 5912 | 08/29/13 | | ach | Courtright, William | 1,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 09/05/13 | | ach | Courtright, William | 1,000.00 |
| HB 5912 | 09/12/13 | | ach | Courtright, William | 1,750.00 |
| HB 5912 | 09/18/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 09/26/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/03/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/10/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/17/13 | | ach | Courtright, William | 1,331.00 |
| HB 5912 | 10/24/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/31/13 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 11/07/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/14/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/21/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/27/13 | | ach | Courtright, William | 1,331.25 |
| HB 5912 | 12/05/13 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 12/13/13 | 12/12/13 | ach | Courtright, William | 1,200.00 |
| HB 5912 | 12/19/13 | 12/19/13 | ach | Courtright, William | 1,330.00 |
| HB 5912 | 12/26/13 | 12/26/13 | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/03/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/09/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/16/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/23/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/30/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 02/06/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 02/13/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 02/20/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 02/28/14 | | ach | Courtright, William | 1,500.00 |
| HB 5912 | 02/28/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 03/06/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 03/13/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 03/20/14 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 03/27/14 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 04/03/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 04/10/14 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 04/17/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 04/25/14 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 05/01/14 | | ach | Courtright, William | 1,200.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Transfers to Bill Courtright**

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 05/08/14 | | ac | Courtright, William | 1,200.00 |
| HB 5912 | 05/15/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 05/22/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 05/29/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/05/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/12/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/19/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/26/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 07/03/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 07/10/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 07/17/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 07/24/14 | | ach | Courtright, William | 3,700.00 |
| HB 5912 | 07/31/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 08/07/14 | | ach | Courtright, William | 2,100.00 |
| HB 5912 | 08/14/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 08/21/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 08/28/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 09/04/14 | | ach | Courtright, William | 2,450.00 |
| HB 5912 | 09/11/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 09/18/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 09/25/14 | | acj | Courtright, William | 1,200.00 |
| HB 5912 | 10/02/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/09/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/16/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/21/14 | | ach | Courtright, William | 1,000.00 |
| HB 5912 | 10/23/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 10/30/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/06/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/13/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/20/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 11/26/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 12/04/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 12/11/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 12/12/14 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 12/22/14 | | ach | Courtright, William | 3,250.00 |
| HB 5912 | 12/25/14 | | ach | Courtright, William | 3,200.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 01/08/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/15/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/22/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 01/29/15 | | ACH | Courtright, William | 2,200.00 |
| HB 5912 | 02/05/15 | | ach | Courtright, William | 2,200.00 |
| HB 5912 | 02/12/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 02/19/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 02/26/15 | | ach | Courtright, William | 2,200.00 |
| HB 5912 | 03/05/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 03/12/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 03/19/15 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 03/26/15 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 04/01/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 04/08/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 04/15/15 | | ach | Courtright, William | 2,500.00 |
| HB 5912 | 04/16/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 04/23/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 04/30/15 | | ACH | Courtright, William | 1,200.00 |
| HB 5912 | 05/06/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 05/13/15 | 05/13/15 | ach | Courtright, William | 5,000.00 |
| HB 5912 | 05/15/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 05/18/15 | | ach | Courtright, William | 2,500.00 |
| HB 5912 | 05/21/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 05/21/15 | | ach | Courtright, William | 1,000.00 |
| HB 5912 | 05/28/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/04/15 | | AC | Courtright, William | 1,200.00 |
| HB 5912 | 06/11/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/11/15 | | ach | Courtright, William | 3,000.00 |
| HB 5912 | 06/18/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 06/22/15 | 06/22/15 | acH | Courtright, William | 2,500.00 |
| HB 5912 | 06/23/15 | | ACH | Courtright, William | 2,200.00 |
| HB 5912 | 07/02/15 | | ach | Courtright, William | 1,200.00 |
| HB 5912 | 07/09/15 | | ach | Courtright, William | 2,900.00 |
| HB 5912 | 07/15/15 | 07/15/15 | ach | Courtright, William | 1,000.00 |
| HB 5912 | 07/16/15 | | ACH | Courtright, William | 1,400.00 |
| HB 5912 | 07/23/15 | | ach | Courtright, William | 2,900.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT
D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III
CASE NO: 1:19-CV-08454
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 07/30/15 | | ach | Courtright, William | 1,400.00 |
| HB 5912 | 08/06/15 | | ach | Courtright, William | 1,400.00 |
| HB 5912 | 08/13/15 | 08/13/15 | ach | Courtright, William | 4,500.00 |
| HB 5912 | 08/13/15 | | ach | Courtright, William | 1,400.00 |
| HB 5912 | 08/21/15 | | ach | Courtright, William | 1,400.00 |
| HB 5912 | 08/27/15 | | ach | Courtright, William | 1,400.00 |
| HB 5912 | 09/02/15 | 09/02/15 | ach | Courtright, William | 2,200.00 |
| HB 5912 | 09/03/15 | | ach | Courtright, William | 1,400.00 |
| HB 5912 | 09/10/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 09/10/15 | 09/10/15 | ach | Courtright, William | 2,500.00 |
| HB 5912 | 09/17/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 09/24/15 | 09/24/15 | ach | Courtright, William | 2,500.00 |
| HB 5912 | 09/24/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 09/24/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 10/01/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 10/07/15 | 10/07/15 | ach | Courtright, William | 500.00 |
| HB 5912 | 10/08/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 10/15/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 10/20/15 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 10/20/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 10/29/15 | | ach | Courtright, William | 1,600.00 |
| HB 5912 | 10/30/15 | 10/30/15 | ach | Courtright, William | 4,333.00 |
| HB 5912 | 11/05/15 | | ach | Courtright, William | 2,500.00 |
| HB 5912 | 11/05/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 11/12/15 | | ACH | Courtright, William | 1,800.00 |
| HB 5912 | 11/19/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 11/19/15 | | ach | Courtright, William | 3,750.00 |
| HB 5912 | 11/25/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 12/02/15 | 12/02/15 | ach | Courtright, William | 2,500.00 |
| HB 5912 | 12/03/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 12/10/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 12/10/15 | 12/10/15 | ach | Courtright, William | 2,500.00 |
| HB 5912 | 12/17/15 | | ach | Courtright, William | 1,800.00 |
| HB 5912 | 12/18/15 | 12/18/15 | ACH | Courtright, William | 2,500.00 |
| HB 5912 | 12/22/15 | 12/22/15 | ACH | Courtright, William | 5,000.00 |
| HB 5912 | 12/23/15 | | ACH | Courtright, William | 1,800.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 12/30/15 | 12/30/15 | ACH | Courtright, William | 2,000.00 |
| HB 5912 | 12/31/15 | | ACH | Courtright, William | 1,800.00 |
| HB 5912 | 01/07/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 01/14/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 01/21/16 | | ACH | Courtright, William | 2,000.00 |
| HB 5912 | 01/21/16 | | ACH | Courtright, William | 4,500.00 |
| HB 5912 | 01/27/16 | 01/27/16 | ACH | Courtright, William | 3,000.00 |
| HB 5912 | 01/29/16 | | ACH | Courtright, William | 2,000.00 |
| HB 5912 | 02/04/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 02/18/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 02/25/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 03/03/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 03/10/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 03/16/16 | | ach | Courtright, William | 4,658.00 |
| HB 5912 | 03/17/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 03/18/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 03/28/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 03/31/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 04/01/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 04/07/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 04/14/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 04/21/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 04/26/16 | | ach | Courtright, William | 6,500.00 |
| HB 5912 | 04/28/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 05/05/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 05/10/16 | 05/10/16 | ach | Courtright, William | 4,500.00 |
| HB 5912 | 05/12/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 05/19/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 05/26/16 | | ach | Courtright, William | 2,000.00 |
| HB 5912 | 06/02/16 | | ACH060220163 | Courtright, William | 2,000.00 |
| HB 5912 | 06/09/16 | | ACH060220173 | Courtright, William | 2,000.00 |
| HB 5912 | 06/14/16 | | | Courtright, William | 25,000.00 |
| HB 5912 | 06/16/16 | | Payroll06165 | Courtright, William | 2,000.00 |
| HB 5912 | 06/23/16 | | ACH062320162 | Courtright, William | 2,000.00 |
| HB 5912 | 06/30/16 | | ACH062320172 | Courtright, William | 2,000.00 |
| HB 5912 | 07/07/16 | | ACH070720166 | Courtright, William | 2,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 07/14/16 | | ACH071420164 | Courtright, William | 2,000.00 |
| HB 5912 | 07/21/16 | | ACH072120166 | Courtright, William | 2,000.00 |
| HB 5912 | 07/28/16 | | ACH072820166 | Courtright, William | 2,000.00 |
| HB 5912 | 08/04/16 | | ACH080420166 | Courtright, William | 2,000.00 |
| HB 5912 | 08/11/16 | | ACH081120166 | Courtright, William | 2,000.00 |
| HB 5912 | 08/18/16 | | ACH08182021 | Courtright, William | 2,000.00 |
| HB 5912 | 08/23/16 | 08/23/16 | | Courtright, William | 3,000.00 |
| HB 5912 | 08/25/16 | | ACH082520168 | Courtright, William | 2,000.00 |
| HB 5912 | 09/02/16 | | ACH090220166 | Courtright, William | 2,000.00 |
| HB 5912 | 09/09/16 | | ACH090920166 | Courtright, William | 2,000.00 |
| HB 5912 | 09/15/16 | | ACh09152021 | Courtright, William | 2,000.00 |
| HB 5912 | 09/22/16 | | ACh092220166 | Courtright, William | 2,000.00 |
| HB 5912 | 09/29/16 | | ACH092920166 | Courtright, William | 2,000.00 |
| HB 5912 | 10/03/16 | | ACH100320161 | Courtright, William | 15,000.00 |
| HB 5912 | 10/06/16 | | ACH100620166 | Courtright, William | 2,000.00 |
| HB 5912 | 10/13/16 | | ACH101320166 | Courtright, William | 2,000.00 |
| HB 5912 | 10/20/16 | | ACH102020166 | Courtright, William | 2,000.00 |
| HB 5912 | 10/27/16 | | ACH102720166 | Courtright, William | 2,000.00 |
| HB 5912 | 11/03/16 | | ACH110320166 | Courtright, William | 2,000.00 |
| HB 5912 | 11/10/16 | | ACH111020166 | Courtright, William | 2,000.00 |
| HB 5912 | 11/17/16 | | ACH111720166 | Courtright, William | 2,000.00 |
| HB 5912 | 11/18/16 | | ACH111820162 | Courtright, William | 27,500.00 |
| HB 5912 | 11/23/16 | | ACh112320166 | Courtright, William | 2,000.00 |
| HB 5912 | 12/02/16 | | ACH120220166 | Courtright, William | 2,000.00 |
| HB 5912 | 12/09/16 | | ACH120920166 | Courtright, William | 2,000.00 |
| HB 5912 | 12/12/16 | | ACH12122016 | Courtright, William | 15,000.00 |
| HB 5912 | 12/15/16 | | ACH12152019 | Courtright, William | 839.90 |
| HB 5912 | 12/16/16 | | ACH121620166 | Courtright, William | 2,000.00 |
| HB 5912 | 12/23/16 | | ACH122320166 | Courtright, William | 2,000.00 |
| HB 5912 | 12/30/16 | 12/30/16 | ACH123020166 | Courtright, William | 2,000.00 |
| HB 5912 | 01/06/17 | | 106170096 | Courtright, William | 20,500.00 |
| HB 5912 | 01/06/17 | | ACH010620176 | Courtright, William | 2,000.00 |
| HB 5912 | 01/12/17 | | ACH011220176 | Courtright, William | 2,000.00 |
| HB 5912 | 01/18/17 | | Billpay1242017 | Courtright, William | 47.44 |
| HB 5912 | 01/20/17 | | ACH1202019a | Courtright, William | 2,000.00 |
| Bill.Com | 02/06/17 | | | Courtright, William | 9,500.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT
D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III
CASE NO: 1:19-CV-08454
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| HB 5912 | 02/09/17 | | 2092018 | Courtright, William | 2,000.00 |
| Bill.Com | 02/14/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/21/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/27/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/28/17 | | | Courtright, William | 11,000.00 |
| Bill.Com | 03/03/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/10/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/20/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/28/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/03/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/11/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/13/17 | | | Courtright, William | 12,500.00 |
| Bill.Com | 04/17/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/26/17 | | | Courtright, William | 2.00 |
| Bill.Com | 04/27/17 | | | Courtright, William | 1,998.00 |
| Bill.Com | 05/02/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/09/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/16/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/19/17 | | | Courtright, William | 5,000.00 |
| Bill.Com | 05/24/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/30/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/31/17 | | | Courtright, William | 16,000.00 |
| Bill.Com | 06/06/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/09/17 | | | Courtright, William | 703.54 |
| Bill.Com | 06/13/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/19/17 | | | Courtright, William | 14,500.00 |
| Bill.Com | 06/20/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/28/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/05/17 | | | Courtright, William | 19,000.00 |
| Bill.Com | 07/05/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/13/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/19/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/25/17 | | | Courtright, William | 13,000.00 |
| Bill.Com | 07/26/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/01/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/04/17 | | | Courtright, William | 30,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| Bill.Com | 08/08/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/15/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/16/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/22/17 | | | Courtright, William | 14,000.00 |
| Bill.Com | 08/31/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 09/06/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 09/08/17 | | | Courtright, William | 11,700.00 |
| Bill.Com | 09/08/17 | | | Courtright, William | 1,300.00 |
| Bill.Com | 09/13/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 09/21/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 09/27/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 09/28/17 | | | Courtright, William | 2,470.37 |
| Bill.Com | 10/05/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 10/05/17 | | | Courtright, William | 11,000.00 |
| Bill.Com | 10/10/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 10/17/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 10/20/17 | | | Courtright, William | 19,000.00 |
| Bill.Com | 10/24/17 | | | Courtright, William | 3,261.58 |
| Bill.Com | 10/24/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 11/02/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 11/07/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 11/14/17 | | | Courtright, William | 14,500.00 |
| Bill.Com | 11/16/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 11/27/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 11/28/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 12/04/17 | | | Courtright, William | 24,500.00 |
| Bill.Com | 12/11/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 12/13/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 12/20/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 12/27/17 | | | Courtright, William | 1,261.29 |
| Bill.Com | 12/27/17 | | | Courtright, William | 2,000.00 |
| Bill.Com | 01/02/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 01/03/18 | | | Courtright, William | 41,750.00 |
| Bill.Com | 01/03/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 01/09/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 01/17/18 | | | Courtright, William | 2,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| Bill.Com | 01/23/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 01/25/18 | | | Courtright, William | 32,500.00 |
| Bill.Com | 01/26/18 | | | Courtright, William | 2,500.00 |
| Bill.Com | 01/30/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/06/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/12/18 | | | Courtright, William | 28,500.00 |
| Bill.Com | 02/13/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/14/18 | | | Courtright, William | 2,398.59 |
| Bill.Com | 02/21/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 02/26/18 | | | Courtright, William | 36,250.00 |
| Bill.Com | 02/27/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/06/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/12/18 | | | Courtright, William | 13,750.00 |
| Bill.Com | 03/13/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/19/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/27/18 | | | Courtright, William | 17,500.00 |
| Bill.Com | 03/27/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 03/28/18 | | | Courtright, William | 3,187.20 |
| Bill.Com | 03/30/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/10/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/11/18 | | | Courtright, William | 18,500.00 |
| Bill.Com | 04/13/18 | | | Courtright, William | 1,000.00 |
| Bill.Com | 04/17/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 04/24/18 | | | Courtright, William | 12,500.00 |
| Bill.Com | 04/24/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/01/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/07/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/15/18 | | | Courtright, William | 15,000.00 |
| Bill.Com | 05/15/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/15/18 | | | Courtright, William | 2,774.63 |
| Bill.Com | 05/22/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 05/29/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/04/18 | | | Courtright, William | 10,000.00 |
| Bill.Com | 06/04/18 | | | Courtright, William | 2,245.41 |
| Bill.Com | 06/05/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/12/18 | | | Courtright, William | 2,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Transfers to Bill Courtright**

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| Bill.Com | 06/19/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/26/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 06/27/18 | | | Courtright, William | 20,000.00 |
| Bill.Com | 07/03/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/09/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/17/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/19/18 | | | Courtright, William | 20,000.00 |
| Bill.Com | 07/20/18 | | | Courtright, William | 3,199.27 |
| Bill.Com | 07/24/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 07/31/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/07/18 | | | Courtright, William | 25,000.00 |
| Bill.Com | 08/07/18 | | | Courtright, William | 2,000.00 |
| Bill.Com | 08/14/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 08/21/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 08/23/18 | | | Courtright, William | 15,000.00 |
| Bill.Com | 08/28/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 09/04/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 09/11/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 09/12/18 | | | Courtright, William | 32,129.77 |
| Bill.Com | 09/18/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 09/25/18 | | | Courtright, William | 3,000.00 |
| Bill.Com | 09/25/18 | | | Courtright, William | 30,000.00 |
| Bill.Com | 10/02/18 | | | Courtright, William | 3,000.00 |
| HB 5912 | 10/12/18 | 10/12/18 | 2743 | Courtright, William | 3,000.00 |
| Bill.Com | 10/15/18 | | | Courtright, William | 3,000.00 |
| PNC 9798 | 10/18/18 | 10/18/18 | ach | Courtright, William | 36,500.00 |
| PNC 9798 | 10/22/18 | 10/22/18 | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 10/29/18 | | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 10/31/18 | | 10/31 | Courtright, William | 20,000.00 |
| PNC 9798 | 11/05/18 | | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 11/13/18 | | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 11/19/18 | | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 11/21/18 | 11/23/18 | | Courtright, William | 22,500.00 |
| PNC 9798 | 11/26/18 | | ACH 6213 | Courtright, William | 3,000.00 |
| PNC 9798 | 12/03/18 | | ACH1205 | Courtright, William | 3,000.00 |
| PNC 9798 | 12/10/18 | | ACH1214 | Courtright, William | 3,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| PNC 9798 | 12/11/18 | | Dec 7 | Courtright, William | 22,500.00 |
| PNC 9798 | 12/17/18 | | ach | Courtright, William | 3,000.00 |
| PNC 9798 | 12/26/18 | | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 12/27/18 | 12/28/18 | 12/27/commis | Courtright, William | 35,000.00 |
| PNC 9798 | 12/28/18 | 12/24/18 | a11jheccc | Courtright, William | 3,000.00 |
| PNC 9798 | 01/07/19 | | ACH | Courtright, William | 3,000.00 |
| PNC 9798 | 01/14/19 | | 1228 | Courtright, William | 3,000.00 |
| PNC 9798 | 01/18/19 | | ach | Courtright, William | 3,000.00 |
| PNC 9798 | 01/18/19 | | 1/19 | Courtright, William | 15,000.00 |
| PNC 9798 | 01/28/19 | | ach | Courtright, William | 3,000.00 |
| PNC 9798 | 02/04/19 | | ach | Courtright, William | 3,000.00 |
| PNC 9798 | 02/08/19 | | ach | Courtright, William | 25,000.00 |
| PNC 9798 | 02/11/19 | | ach | Courtright, William | 3,000.00 |
| PNC 9798 | 02/18/19 | | 218194 | Courtright, William | 3,000.00 |
| PNC 9798 | 02/25/19 | | ach0225192 | Courtright, William | 3,000.00 |
| PNC 9798 | 02/27/19 | 02/28/19 | ACH022719 | Courtright, William | 30,000.00 |
| PNC 9798 | 03/04/19 | | ACH0304193 | Courtright, William | 3,000.00 |
| PNC 9798 | 03/11/19 | 02/28/19 | ach0310193 | Courtright, William | 3,000.00 |
| PNC 9798 | 03/18/19 | | ach5 | Courtright, William | 3,000.00 |
| PNC 9798 | 03/19/19 | 03/20/19 | ach | Courtright, William | 23,500.00 |
| PNC 9798 | 03/25/19 | | ach0325192 | Courtright, William | 3,000.00 |
| PNC 9798 | 04/01/19 | | ach032719-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 04/08/19 | | ACH0040819-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 04/17/19 | | ACH0041719-2 | Courtright, William | 3,000.00 |
| PNC 9798 | 04/22/19 | | ACH0042219-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 04/29/19 | | ACH0042919-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 05/06/19 | | ach050619-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 05/13/19 | | ach051319-2 | Courtright, William | 3,000.00 |
| PNC 9798 | 05/20/19 | | ach052019-5 | Courtright, William | 3,200.00 |
| PNC 9798 | 05/28/19 | | ach052819-4 | Courtright, William | 2,800.00 |
| PNC 9798 | 06/03/19 | | ach060319-2 | Courtright, William | 3,000.00 |
| PNC 9798 | 06/10/19 | | ach061019-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 06/17/19 | | ach061719-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 06/24/19 | | ach062419-2 | Courtright, William | 3,000.00 |
| PNC 9798 | 07/01/19 | | ach070119-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 07/17/19 | | ach071719-13 | Courtright, William | 6,000.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Bill Courtright

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank Account | GL Date | Statement Clearing Date | Reference No. | Payee | Payment Amount |
|---|---|---|---|---|---|
| PNC 9798 | 07/23/19 | | ach072319-11 | Courtright, William | 3,000.00 |
| PNC 9798 | 07/29/19 | | ach072919-6 | Courtright, William | 3,000.00 |
| PNC 9798 | 08/05/19 | | ach080519-5 | Courtright, William | 3,000.00 |
| PNC 9798 | 08/13/19 | | ach081319-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 08/20/19 | | ach082019-5 | Courtright, William | 3,000.00 |
| PNC 9798 | 08/26/19 | | ach082619-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 09/03/19 | | ach090319-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 09/09/19 | | ach090919-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 09/16/19 | | ach091619-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 09/23/19 | | ach092319-3 | Courtright, William | 3,000.00 |
| PNC 9798 | 09/30/19 | | ach093019-2 | Courtright, William | 3,000.00 |
| PNC 9798 | 10/10/19 | | ach101019-2 | Courtright, William | 3,000.00 |
| PNC 9798 | 10/18/19 | | ach101719-4 | Courtright, William | 3,000.00 |
| PNC 9798 | 11/04/19 | | ach110419-1 | Courtright, William | 3,000.00 |
| | | | | | **$1,741,139.24** |
| | | | | | |