# EXHIBIT B

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT
D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III
CASE NO: 1:19-CV-08454
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**Transfers to Courtright Consulting Inc.**

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank ID # | GL Date | Statement Clearing Date | Payee | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|
| HB-5912 | | 02/02/16 | Courtright Consulting Inc. | - | 401.77 |
| HB-5912 | | 04/18/16 | Courtright Consulting Inc. | - | 637.45 |
| HB-5912 | | 05/09/16 | Courtright Consulting Inc. | - | 749.95 |
| HB-5912 | | 06/08/16 | Courtright Consulting Inc. | - | 774.94 |
| HB-5912 | | 10/25/16 | Courtright Consulting Inc. | - | 787.45 |
| HB-5912 | | 12/06/16 | Courtright Consulting Inc. | - | 1,474.98 |
| HB-5912 | | 12/06/16 | Courtright Consulting Inc. | - | 38.75 |
| HB-5912 | | 01/25/17 | Courtright Consulting Inc. | - | 793.65 |
| HB-5912 | | 02/08/17 | Courtright Consulting Inc. | - | 793.65 |
| HB-5912 | | 02/23/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 03/09/17 | Courtright Consulting Inc. | - | 793.65 |
| HB-5912 | | 03/23/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 04/10/17 | Courtright Consulting Inc. | - | 793.65 |
| HB-5912 | | 04/24/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 05/08/17 | Courtright Consulting Inc. | - | 1,000.01 |
| HB-5912 | | 05/23/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 06/08/17 | Courtright Consulting Inc. | - | 1,000.01 |
| HB-5912 | | 06/08/17 | Courtright Consulting Inc. | - | 500.00 |
| HB-5912 | | 06/23/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 08/23/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 09/25/17 | Courtright Consulting Inc. | - | 5,000.00 |
| HB-5912 | | 09/25/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 11/24/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 12/26/17 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 01/23/18 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 02/23/18 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 03/23/18 | Courtright Consulting Inc. | - | 10,000.00 |
| HB-5912 | | 05/23/18 | Courtright Consulting Inc. | - | 10,000.00 |
| PNC-9798 | 4/22/2019 | | Courtright Consulting Inc | - | 16,000.00 |
| PNC-9798 | 5/9/2019 | | Courtright Consulting Inc | - | 27,500.00 |
| PNC-9798 | 5/24/2019 | | Courtright Consulting Inc | - | 37,500.00 |
| PNC-9798 | 6/10/2019 | | Courtright Consulting Inc | - | 42,500.00 |
| PNC-9798 | 7/17/2019 | | Courtright Consulting Inc | - | 16,250.00 |
| PNC-9798 | 7/31/2019 | | Courtright Consulting Inc | - | 22,500.00 |
| PNC-9798 | 08/26/19 | 08/27/19 | Courtright Consulting Inc | - | 70,250.00 |
| PNC-9798 | 09/17/19 | | Courtright Consulting Inc | - | 47,250.00 |

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Transfers to Courtright Consulting Inc.**

**Source:** PNC 9798, HB 5912 & Quickbooks records.

| Bank ID # | GL Date | Statement Clearing Date | Payee | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|
| PNC-9798 | 10/18/19 | | Courtright Consulting Inc | - | 50,000.00 |
| PNC-9798 | 11/19/19 | | Courtright Consulting Inc | - | 50,000.00 |
| | | | | $ - | $ 525,289.91 |