AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE)

*Plaintiff(s)*

v.

WILLIAM COURTRIGHT and COURTRIGHT CONSULTING, INC.

*Defendant(s)*

Civil Action No. 2:20-CV-01012-FtM-38NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Courtright
9458 Silver Pine Loop
Fort Myers, FL 33967-5151

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Dante Murena, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 3, 2021                           reginathompson
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

| | |
|---|---|
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE)<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM COURTRIGHT and COURTRIGHT CONSULTING, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:20-CV-01012-FtM-38NPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Courtright Consulting, Inc.
c/o William Courtright
9458 Silver Pine Loop
Fort Myers, FL 33967-5151

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Dante Murena, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 3, 2021

*Signature of Clerk or Deputy Clerk*

(seal: reginathompson)